UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  Michael R Cryst<br>  Suzanne C Cryst<br>                    Debtors | CASE NO: 09-36315<br>         (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105273**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 1 | PRUDENTIAL HOME MORTGAGE COMPANY INC<br>WELLS FARGO BANK NA<br>1 HOME CAMPUS/ATTN BANKRUPTCY PMT PROC<br>MAC# X2501-01D<br>DES MOINES, IA  50328 | 1,597.95 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/18/2011

Certificate of Service 09-36315

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| Michael R Cryst<br>Suzanne C Cryst<br>430 Acorn Dr.<br>Dayton, OH  45419 | LESTER R THOMPSON<br>1340 WOODMAN DR<br>DAYTON, OH  45432 | (49.1n)<br>EMERSON KECK<br>15 W FOURTH ST  STE 100<br>DAYTON, OH  45402 |
| (60.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>BOX 41067<br>NORFOLK, VA  23541 | (1.1)<br>PRUDENTIAL HOME MORTGAGE<br>COMPANY INC<br>WELLS FARGO BANK NA<br>1 HOME CAMPUS/ATTN BANKRUPTCY<br>PMT PROC<br>MAC# X2501-01D<br>DES MOINES, IA  50328 | (1.4)<br>STEVEN H PATTERSON<br>LERNER SAMPSON & ROTHFUSS<br>BOX 5480<br>CINCINNATI, OH  45201-5480 |
| (9.1n)<br>U.S Attorney's Office<br>200 West Second Street, Room 602<br>Dayton, OH  45402 | (48.1n)<br>US ATTORNEY GENERAL<br>MAIN JUSTICE BLDG RM 5111<br>10TH ST & CONSTITUTION AVE NW<br>WASHINGTON, DC  20530 | |

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner       sv

0936315_42_20111018_0902_278/T317_sv
###